IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Bardina, et al., | NO. C 10-03454 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| United States of America, | |
|       Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on March 14, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Motion to Continue Preliminary Pretrial Conference and Proposed Order. (See Docket Item No. 13.) In the Joint Motion to Continue, the parties contend that their "respective counsel have conferred on the phone and believe the case is moving forward towards resolution." (Id. at 1.) In light of the parties' contention that the case is moving towards resolution, the Court finds that a Preliminary Pretrial Conference is premature at this time.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **April 11, 2011 at 10 a.m**. On or before **April 1, 2011**, the parties shall file either a Stipulated Dismissal in light of settlement or a Joint Preliminary Pretrial Statement that provides the Court with a proposed schedule as to how this case should proceed.

Dated: March 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia Lewis Stier cynthia.stier@usdoj.gov
David M. Kirsch dkirsch@etaxlitigator.com

**Dated:  March 9, 2011**                                        **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers                **
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**