**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:   (408) 298-5500
Facsimile:   (408) 298-5706
E-mail:   dkirsch@etaxlitigator.com

Attorney for Plaintiffs

IT IS SO ORDERED
*[signature]*
Judge James Ware
3/31/2011

United Stated District Court

For the Northern District of California

(San Jose Division)

| | |
|---|---|
| JUAN BARDINA and PATRICIA BARDINA,<br><br>           Plaintiffs.<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No. 5:10-CV-03454-JW<br><br>**STIPULATION TO DISMISSAL OF THE YEAR 2003** |

Plaintiffs, JUAN BARDINA and PATRICIA BARDINA, and Defendant, United States of America, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), that Cause of Action for 2003 of the Complaint, seeking a refund of tax, penalty and interest for the 2003 tax year, is dismissed.

/s/ David M. Kirsch
DAVID M. KIRSCH
Attorney for Plaintiffs

Dated: March 29, 2011

MELINDA HAAG
United States Attorney

Dated: *3/29/11*   :   /s/ Cynthia Stier
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

C:\Users\David\Documents\WP\1CLIENTS\Bardina\Refund Suit\Stipulation to Dismissal 2003