MELINDA HAAG  (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN BARDINA and PATRICIA BARDINA,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No.  C-10-03454-JW<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR DISCOVERY AND HEARING DISPOSITIVE MOTIONS AND [PROPOSED] ORDER** |

   Pursuant to Local Rule 6-2(a) and 7-12, Plaintiffs, Juan Bardina and Patricia Bardina, and Defendant, United States of America, hereby stipulate and agree, subject to this Court's approval, to extend the deadlines for discovery, currently scheduled for April 15, 2011, and to hear dispositive motions, currently scheduled for June 13, 2011, for an additional sixty (60) days.  The grounds for this request are as follows:

   1.  This tax refund action was filed by Plaintiffs, Juan Bardina and Patricia Bardina, for a refund of taxes allegedly overpaid for the 2003 and 2004 tax years.  The parties have stipulated to dismiss the 2003 tax year so that only 2004 tax year is at issue.

   2.  Plaintiffs provided responses to interrogatories propounded by the United States to determine the issues in dispute.  The main dispute at this time is whether Plaintiffs are entitled to Schedule A deductions and Schedule C business expenses.

1   3.  Plaintiffs have agreed to provide the documents to establish they are entitled to these
2  deductions and expenses and have requested that they have until June 15, 2011, to produce these
3  documents.  The documents are necessary in order to evaluate Plaintiffs' case.   Upon receipt of
4  the documents, the United States would like the opportunity to depose Juan Bardina, if necessary,
5  for information concerning the business expenses and to clarify any issues relating to the
6  documents produced.

7   4.  Counsel for Plaintiffs has requested until June 15, 2011, to obtain the documents from the
8  Plaintiffs because the documents are in varied locations, including Chile and the Philippines and
9  the additional time is needed to gather them.

10   5.  This request to extend the deadlines for discovery and to hear dispositive motions would
11  affect the joint pretrial conference statement date (July 29, 2011) and the final pretrial conference
12  date (August 29, 2011), and the trial dates for jury selection (September 13, 2011) and trial
13  (September 13, 14, 15).

14   6.  Because the requested documents are necessary in order to proceed, the parties stipulate,
15  subject to the Court's approval, to extend the deadlines for discovery and for hearing dispositive
16  motions for sixty (60) days.

MELINDA HAAG
United States Attorney

Dated: *4/12/11*    :        */s/ Cynthia Stier*
                              CYNTHIA STIER
                              Assistant U.S. Attorney
                              Attorneys for the United States of America

Dated: *4/12/11*    :        */s/ David Kirsch*
                              DAVID KIRSCH
                              Ten Almaden Blvd., Suite 1250
                              San Jose, CA 95113-2233
                              (408) 298-5500
                              Attorney for Juan and Patricia Bardina

//
//
//

1   ORDER

2   Pursuant to the Stipulation, IT IS HEREBY ORDERED:

3   The deadline for discovery is extended to June 14, 2011;

4   The deadline to hear dispositive motions is extended to August 12, 2011;

11  IT IS SO ORDERED.

12

13  DATED:  April 13, 2011

     _____
     JAMES WARE
     United States District Chief Judge

28  **Bardina v. US, Case No. C-10-03454-JW, Stipulated Req. To Deadlines for Discovery and Hearing Dispositive Motions**