United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN BARDINA et al, | NO. 5:10-cv-03454-EJD |
| Plaintiff(s), | **ORDER VACATING TRIAL SCHEDULE; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant(s). | |

On April 25, 2011 this case was transferred to this Court for all proceedings (See Docket Item No. 22). The parties duly submitted a joint case management conference (See Docket Item No. 23). The deadlines for close of discovery and last date for hearing dispositive motions previously imposed by the Court have since elapsed (See Docket Item No. 21). The parties have not submitted further requests for extension of deadlines and the Court infers the parties are not ready to proceed on the previously imposed trial scheduled (See Docket Item No. 19). Based on the current docket status, the Court VACATES the previously set trial schedule and sets a case management conference for **October 7, 2011 at 10:00 a.m.** On or before **September 30, 2011,** the parties shall file an updated joint case management conference statement that updates the Court on the parties' need for a modified case schedule, readiness for trial and the parties' settlement efforts.

**IT IS SO ORDERED.**

Dated: August 15, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia Lewis Stier cynthia.stier@usdoj.gov
David M. Kirsch dkirsch@etaxlitigator.com

| | |
|---|---|
| **Dated: August 15, 2011** | **Richard W. Wieking, Clerk** |
| | **By:** /s/ EJD Chambers |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

2

NO. C 10-03454 EJD
ORDER VACATING TRIAL SCHEDULE; SETTING CASE MANAGEMENT CONFERENCE