UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN BARDINA, ET AL., ) | Case No.: 5:10-CV-03454 EJD |
| Plaintiffs, ) ) | **ORDER EXTENDING THE DISCOVERY DEADLINE AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | **Re: Docket No. 25** |
| Defendants. ) ) | |

Discovery closed in this case on April 15, 2011. See Scheduling Order, ECF No. 12. On September 28, 2011, the parties filed a Joint Case Management Conference in which they requested the court extend the discovery cutoff to October 31, 2011 to permit Defendant to depose Plaintiff Juan Bardina. The parties also request that a further case management be held in February 2012. Accordingly,

IT IS HEREBY ORDERED that the discovery cutoff is extended to October 31, 2011.

IT IS FURTHER ORDERED that within 10 days of completing discovery, the parties shall file a stipulation to an ADR process.

Case No.: 5:10-CV-03454 EJD
SCHEDULING ORDER

1
2   IT IS FURTHER ORDERED that the October 14, 2011 case management conference is
3   VACATED, and a further case management conference is scheduled for February 3, 2012.  The
4   parties shall submit a joint case management conference no later than January 27, 2012.

Dated: Qevqdgt"33."4233

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-CV-03454 EJD
SCHEDULING ORDER

2