1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| JUAN BARDINA and PATRICIA BARDINA, | ) ) | Case No. C-10-03454-EJD |
|---|---|---|
| Plaintiffs, | ) ) | STIPULATED REQUEST TO EXTEND DEADLINE TO STIPULATE TO ADR PROCESS AND [PROPOSED] ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) ) ) | |

The parties, Plaintiffs, Juan Bardina and Patricia Bardina, and Defendant, United States of America, hereby stipulate and request, subject to the Court's approval, as follows:

1. This Court extended the discovery deadline to allow the government to take the deposition of Plaintiff Juan Bardina. The deposition was taken on November 10, 2011. Plaintiff agreed to provide documents to the United States following the deposition which may be instrumental in settlement negotiations.

2. The Court ordered the parties to file a stipulation for an ADR process within ten days following the deposition. (Order, Docket No. 28)

3. The parties would like the opportunity to allow Plaintiff to provide the requested

1  documents to the United States and an opportunity to thereafter determine whether a settlement
2  between the parties can be reached.
3      4.  The parties request that this Court allow the parties until January 26, 2012, to file a
4  stipulated request for an ADR process.

            MELINDA HAAG
            United States Attorney

Dated: *11/15/11*  :   */s/ Cynthia Stier*
            CYNTHIA STIER
            Assistant U.S. Attorney
            Attorneys for the United States of America

Dated: *11/15/11*  :   */s/ David Kirsch*
            DAVID KIRSCH
            Ten Almaden Blvd., Suite 1250
            San Jose, CA 95113-2233
            (408) 298-5500
            Attorney for Juan and Patricia Bardina

**ORDER**

Pursuant to the Stipulation filed by the parties, it is HEREBY ORDERED that the deadline to file a stipulated request to an ADR process be extended to January 26, 2012.

Dated:  November 17, 2011         _____
                    EDWARD J. DAVILA
                    United States District Judge